UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hotel 57 L.L.C. and 1260 BB Property, LLC<br><br>Plaintiffs,<br><br>-against-<br><br>FSR International Hotels Inc. and Four Seasons Hotels Limited,<br><br>Defendants. | Case No. _____<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Petitioners Hotel 57 L.L.C. and 1260 BB Property, LLC, certify that Hotel 57 L.L.C. and 1260 BB Property, LLC each are privately held companies and that none of the corporate parents, affiliates, and/or subsidiaries of either company is publicly held.

Dated: New York, New York
       October 31, 2022

Respectfully submitted,

   _/s/ Todd E. Soloway_
Todd E. Soloway
Bryan T. Mohler
PRYOR CASHMAN LLP
7 Times Square, 40th Floor
New York, NY 10036
Phone: (212) 421-4100
Fax: (212) 326-0806
Email: tsoloway@pryorcashman.com
       bmohler@pryorcashman.com

Gregory J. Scandaglia
(*pro hac vice* application forthcoming)
Joseph R. Swee
(*pro hac vice* application forthcoming)
SCANDAGLIA RYAN LLP
55 E. Monroe Street, Suite 3440
Chicago, IL 60603
Phone: (312) 580-2020
Fax: (312) 782-3806
Email: gscandaglia@scandagliaryan.com
          jswee@scandagliaryan.com

*Counsel for Petitioners Hotel 57 L.L.C. and 1260 BB Property, LLC*