UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Hotel 57 L.L.C. and 1260 BB Property, LLC,<br><br>         Petitioners,<br><br>  -against-<br><br>FSR International Hotels Inc. and Four Seasons Hotels Limited,<br><br>         Respondents. | Case No. 1:22-cv-09331 (LLS) |

## CORPORATE DISCLOSURE STATEMENT

  Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel for Respondents FSR International Hotels Inc. ("FSR") and Four Seasons Hotels Limited ("FSHL") make the following corporate disclosures:

  FSHL is a foreign corporation incorporated under the laws of the Province of Ontario, Canada.  FSHL is a wholly owned subsidiary of Four Seasons Holdings Inc., a foreign corporation incorporated under the laws of the Province of British Columbia, Canada.

  FSR is a corporation incorporated under the laws of the State of Nevada.  FSR is a wholly owned subsidiary of FSR International Hotels Limited, a foreign corporation incorporated under the laws of Hong Kong.

No publicly traded corporation owns 10% or more of the stock of FSR or FSHL.

Dated: November 14, 2022  
       Boston, Massachusetts

Respectfully submitted,

MORRISON & FOERSTER LLP

By: /s/ Anthony S. Fiotto  
    Anthony S. Fiotto  
    Nathan D. Reilly  
    Julia Koch  
    200 Clarendon Street  
    Boston, MA 02118  
    (617) 648-4774  
    afiotto@mofo.com  
    nreilly@mofo.com  
    jkoch@mofo.com

*Counsel for Respondents*  
*FSR International Hotels Inc. and*  
*Four Seasons Hotels Limited*