ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X
HOTEL 57 L.L.C. and 1260 BB
PROPERTY, LLC,

                    Plaintiffs,                    22 Civ. 9331 (LLS)

                                                        ORDER

          - against -

FSR INTERNATIONAL HOTELS INC.
and FOUR SEASONS HOTELS LIMITED,

                    Defendants.

- - - - - - - - - - - - - - - -X

     For the reasons set forth in the June 8, 2023 Opinion and

Order, alteration of it upon reconsideration is denied. See

Drapkin v. Mafco Consol. Grp., Inc., 818 F. Supp. 2d 678, 695

(S.D.N.Y. 2011) ("A motion for reconsideration is 'an

extraordinary remedy to be employed sparingly in the interests

of finality and conservation of scarce judicial resources.'").

     However, the Court takes this as an opportunity to clarify

the June 8, 2023 Order. That Order directed "the parties to

return to the system articulated in the original HMAs." The HMAs

neither require, nor forbid, an industry insider being appointed

to resolve the type of dispute presented here. In negotiating

and agreeing to the EAAs, the parties had an opportunity to

include in the appointment procedure provisions concerning a

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/23

1

panelist's industry relationships, but they did not do so.[1] Their elaborate process of name-matching gave no effect to industry offices or relationships.

The parties are to follow the procedures laid out in the HMAs, which also specify how the third arbitrator is to be appointed.

So Ordered.

Dated:  New York, New York
        July 20, 2023

                                    Louis L. Stanton
                                    LOUIS L. STANTON
                                    U.S.D.J.

---

[1] The parties agreed that, except as amended by the EAAs, the HMAs "remain in full force and effect as of the date hereof." July 28, 2021 EAA, p. 2.